RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Oscar Manuel Pena-Garcia

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:26-mj-00099-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE PRELIMINARY HEARING** |
| v. | (Third Request) |
| OSCAR MANUEL PENA-GARCIA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Acting Attorney General of the United States, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Oscar Manuel Pena-Garcia, that the Preliminary Hearing currently scheduled on June 24, 2026, be vacated and continued to a date and time convenient to the Court, but no sooner than June 26, 2026.

This Stipulation is entered into for the following reasons:

1.      Mr. Pena-Garcia has entered into a plea agreement with the government. His fast track change of plea and sentencing is currently scheduled for June 26, 2026, at 11:15 a.m. The

requested continuance will permit time for the hearing to be held and thereby obviate the need for the preliminary hearing scheduled before this Court.

2.      Defendant is incarcerated and does not object to a continuance.

3.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third request for continuance filed herein.

DATED this 28th day of May 2026.


RENE L. VALLADARES                              TODD BLANCHE
Federal Public Defender                         Acting Attorney General of the United States


By /s/ Raquel Lazo                              By /s/ Clay Plummer
RAQUEL LAZO                                      CLAY PLUMMER
Assistant Federal Public Defender               Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:26-mj-00099-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| OSCAR MANUEL PENA-GARCIA, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on June 24, 2026 at the hour of 4:00 p.m., be vacated and continued to June 30, 2026, at 4:00 p.m.

DATED this 28th day of May 2026.

_____
UNITED STATES MAGISTRATE JUDGE